IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| WILLIAM N. PETERSON, et al., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-07-317-RAW |
| JOHN GRISHAM, et al., | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to Rule 58 F.R.Cv.P., this action is hereby dismissed.

**ORDERED THIS 17th DAY OF SEPTEMBER, 2008.**

**Dated this 17th Day of September 2008.**

J4h4i0

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma